IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 12-0367 |
| DOROTHY JUNE BROWN, : | |
| JOAN WOODS CHALKER, : | |
| MICHAEL A. SLADE, JR., : | |
| COURTENEY L. KNIGHT : | |

## **ORDER**

**AND NOW**, this 9th day of July, 2013, upon consideration of Defendant Joan Woods Chalker's Motion to Dismiss (ECF No. 74), and Defendant Dorothy June Brown's Motion to Dismiss (ECF No. 75), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**