IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| DOROTHY JUNE BROWN, | : | |
| JOAN WOODS CHALKER, | : | |
| MICHAEL A. SLADE, JR., | : | |
| COURTENEY L. KNIGHT | : | |

### O R D E R

**AND NOW**, this 3rd day of October, 2013, upon consideration of Defendant Dorothy June Brown's Motion to Suppress Evidence or in the Alternative Request for an Evidentiary Hearing (ECF No. 126), and all documents submitted in support thereof, and in opposition thereto, and after oral argument, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        */s/R. Barclay Surrick*
                                        **U.S. District Judge**