# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOROTHY JUNE BROWN | : | NO. 12-367-01 |
| MICHAEL A. SLADE, JR. | : | NO. 12-367-03 |
| COURTENEY L. KNIGHT | : | NO. 12-367-04 |

## O R D E R

**AND NOW**, this __1st__ day of November, 2013, after a telephone conference with Counsel, it is **ORDERED** that trial in the above captioned matter originally scheduled for Monday, November 4, 2013 is rescheduled. Trial will begin on Wednesday, November 6, 2013 at 9:30 a.m. in Courtroom 8-A.[1]

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**U.S. District Judge**

---

[1] Counsel for Defendant Courteney L. Knight is ill and not available to start trial on Monday, November 4, 2013.