IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

DOROTHY JUNE BROWN

CRIMINAL NO. 12-367-01

FILED
JAN 10 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 9th day of January, 2014, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐ A jury has been waived, and the Court has found the defendant not guilty as to: _____

☒ The jury has returned its verdict, finding the defendant not guilty as to: Counts 38, 39, 40, 41, 59, and 67 of the Superseding Indictment

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

R. Barclay Surrick, J.

cc: U.S. Marshal
Probation Office
Counsel

01/09/2014
Date
By Whom _C.Franzese_

Cr 1 (8/80)

Faxed to: 1/10/2014
AUSA McSwain Miller Lynch Haggerty Hutchinson