IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| DOROTHY JUNE BROWN | : | |

**O R D E R**

**AND NOW**, this 31st day of July, 2014, upon consideration of Defendant Dorothy June Brown's Motion for Entry of Judgment of Acquittal in Counts 13, 14, and 67 of the Superseding Indictment (ECF No. 238), and Defendant's Supplemental Motion for Entry of Judgment of Acquittal on Counts 1-37, 45-58, 61-63, and 65 of the Superseding Indictment (ECF No. 299), and all documents submitted in support therefore, and in opposition thereto, it is hereby **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**