IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| DOROTHY JUNE BROWN | : | |

## O R D E R

**AND NOW**, this _7th_ day of _____August_____, 2014, upon consideration of the

Government's *(Unopposed)* Motion to Dismiss Counts 51-52, 56, and 65 (ECF No. 317), and the

Government's Unopposed Motion to Dismiss Counts 46-50 and 63 (ECF No. 330), it is hereby

**ORDERED** as follows:

1. The Motions are **GRANTED**.

2. Counts 46-52, 56, 63, and 65 of the Superseding Indictment are **DISMISSED**

    without prejudice. [1]

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] Defendant does not object to the Court granting the Motions or to the dismissal of the
Counts without prejudice.