IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| DOROTHY JUNE BROWN | : | |

## O R D E R

**AND NOW**, this __8th__ day of April, 2015, upon consideration of Defendant Dorothy June Brown's request that the Court declare, pursuant to 18 U.S.C. § 4241(d), that she is not competent to stand trial in this matter, and after a hearing in open Court, and upon consideration of all of the evidence and expert testimony presented at the hearing, it is **ORDERED** that Defendant's request is **DENIED**. This Court finds that Defendant is mentally competent to stand trial. Defendant is not presently suffering from a mental disease or defect rendering her unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

**IT IS SO ORDERED.**


BY THE COURT:


_____
**R. BARCLAY SURRICK, J.**