IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 12-0367 |
| DOROTHY JUNE BROWN | : | |

## **O R D E R**

**AND NOW**, this  23rd  day of November, 2015, upon consideration of the joint proposed order submitted by the Government and Defendant requesting that the Court declare that Dorothy June Brown is not competent to stand trial, and after consideration of the reports and evaluations for Defendant by Jagan A. Pillai, M.D., Stephen Mechanick, M.D., Pogos H. Voskanian, M.D., Susan E. Rushing, M.D., J.D., and the affidavits of defense counsel, and upon consideration of the Unopposed Motion to Dismiss the Superseding Indictment Against Defendant Dorothy June Brown Without Prejudice, it is **ORDERED** as follows:

A. The Court finds by a preponderance of the evidence that Defendant Dorothy June Brown is suffering from a mental disease or defense rendering her incompetent to stand trial to the extent that she is unable to understand the nature and consequences of the proceedings against her and to assist properly in her defense.

B. The Unopposed Motion to Dismiss the Superseding Indictment Against Defendant Dorothy June Brown Without Prejudice is **GRANTED**.

**IT IS SO ORDERED.**

                **BY THE COURT:**

                _____
                **R. BARCLAY SURRICK, J.**